United States District Court
Southern District of Texas
**ENTERED**
October 22, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

| | | |
|---|---|---|
| Robbie Duane Cruise, | § | |
|    Petitioner, | § | |
| | § | |
| v. | § | Civil Action H-21-705 |
| | § | |
| Bobby Lumpkin, | § | |
| Director, Texas Department | § | |
| of Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
|    Respondent. | § | |

## Order of Adoption

On September 24, 2021, Magistrate Judge Peter Bray recommended that the court grant Respondent Bobby Lumpkin's motion for summary judgement and dismiss Cruise's petition for writ of habeas corpus as time barred and without merit. (9) Hines filed objections. (25) The court denies Cruise's objections and adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on October 22, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge